UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUAN ERNESTO MEDINA-MUNGUIA<br>aka NOE MUNGUIA-DIAZ,<br><br>　　　　Defendant. | Case No. CR-13-080-E-TJH<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on September 13, 2013, this Court entered a Preliminary Order of Forfeiture (ECF No. 33) pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2) and 18 U.S.C. § 924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), based upon the guilty verdicts as to JUAN ERNESTO MEDINA-MUNGUIA, forfeiting properties described in the forfeiture allegation of the Superseding Indictment and as set out in the Preliminary Order.

WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official

government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as required by Rule 32.2(b)(6)(C);

AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (ECF No. 53) is GRANTED. The Court further directs the United States Marshals Service and/or the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E) to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

    A.    <u>Cash Proceeds:</u>  The sum of $28,940 in United States currency and all interest and proceeds traceable thereto, including the approximate sum of $4,601 in U.S. currency seized from the vehicle at the time of arrest, in that such sum in aggregate is property which constituted proceeds of the offenses of conviction, or was received in exchange for the distribution of controlled

substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendant.

    B.    <u>Bank Accounts/Investment Accounts/Management Accounts:</u>

        1.    <u>Account held at WELLS FARGO BANK:</u>

Account No. xxxxxxxxxx8305, including the approximate sum of $3,975.37 U.S. currency seized from the account.

        2.    <u>Account held at Bank of America:</u>

Account No. xxxxxxxxxx6886, including the approximate sum of $1,667.28 U.S. currency seized from the account.

    C.    <u>Firearms:</u>

A Hi Point (Beemiller Firearms), model C9, 9mm pistol, serial number P1211355.

Having clear title, and pursuant to 21 U.S.C. § 853(n)(7), the United States may warrant good title to any subsequent purchaser or transferee.

IT IS FURTHER ORDERED that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as income derived as a result of the United States Department of Justice's

management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, and the payment of mortgages as noted herein, shall be deposited forthwith by the United States Department of Justice into the Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 881(e).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order and as to related forfeiture matters herein; and

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

Date: March 18, 2014

_____
Terry J. Hatter, Jr.
Senior United States District Judge